# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY FILSON, WARDEN; JAMES DZURENDA, DIRECTOR; THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS; AND THE STATE OF NEVADA,

Appellants,

vs.

DAVID ABARRA,

Respondent.

No. 73378

FILED

NOV 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant has filed a motion to voluntarily dismiss this appeal based on this court's recent decision in *Williams v. State Dep't of Corr.*, 133 Nev. Adv. Op. 75, 402 P.3d 1260 (2017). Cause appearing, we grant the motion, NRAP 42(b), and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Gary Fairman, District Judge
       Attorney General/Carson City
       David Abarra
       White Pine County Clerk

17-39101